IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA      :
                               :    CRIMINAL ACTION
           v.                 :
                               :    NO.  1:05-CR-187-01
GRADY DOUGLAS              :

GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE
OF THE APPLICABLE GUIDELINE RANGE FOR
DEFENDANT GRADY DOUGLAS' SUBSTANTIAL ASSISTANCE

Now comes the United States of America, by and through counsel, David E. Nahmias, United States Attorney, and Angela M. Jordan, Assistant United States Attorney, for the Northern District of Georgia, and hereby submits the Government's Motion for a Downward Departure of the applicable guideline range for defendant Grady Douglas' substantial assistance, and states as follows:

(1)

On June 27, 2005, the defendant entered a guilty plea to the charge of possession with intent to distribute heroin, in violation of Title 21, United States Code, Section 841(a)(1).  According to the pre-sentence report, the defendant's total offense level is twenty-nine (29) and his criminal history category is V.  The defendant's custody guideline range is 140-175 months.

(2)

Defendant Grady Douglas has provided substantial assistance to the Government in investigations of heroin distribution in the Atlanta, Georgia area.  Agents of the High Intensity Drug

Trafficking Area (HIDTA) Task Force in Atlanta, Georgia, conducted an investigation targeting the heroin distribution in an area of Atlanta commonly referred to as "The Bluff." The defendant has provided historical information that is directly tied to the successful prosecution of the following two defendants in federal court through guilty pleas: Ralph Outlaw and Broderick Jackson. The defendant's testimony was needed at the sentencing hearing of Ralph Outlaw. Because the defendant was willing and able to testify truthfully against Broderick Jackson, there were no factual disputes that necessitated the testimony of the defendant.

(3)

Defendant Grady Douglas began providing information via debriefings and proffers. Defendant Douglas admitted his involvement in the instant offense and admitted to his association(s) with other individuals distributing heroin. Defendant Douglas identified other drug dealers in addition to Ralph Outlaw and Broderick Jackson. However, the defendant's information was not used in their prosecutions. At the sentencing hearing of Ralph Outlaw, the defendant testified for over an hour. Judge Hunt based his findings of fact as to drug quantity primarily on the testimony of Grady Douglas. The defendant's testimony substantially assisted the Government in the successful prosecution of Ralph Outlaw.

(4)

The defendant has provided substantial assistance to the Government.  That assistance would permit this Court to impose a sentence below the suggested guideline range, and the Government urges the Court to do so in this case.  Based upon an applicable guideline range of 140-175 months, the government recommends a sentence of 130 months.  If there should be a change of guideline range, the Government recommends a reduction of 10% of the applicable low end of the guideline range.

Wherefore, the Government respectfully requests that the Court grant this motion for a downward departure from the applicable guideline range for defendant Grady Douglas.

Respectfully submitted,

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

/S/ Angela M. Jordan
ANGELA M. JORDAN
ASSISTANT UNITED STATES ATTORNEY
500 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA  30303
404/581-6358
Georgia Bar No. 204720

Approved By:

/s/Sheila T. Arnum
SIGNATURE (APPROVING OFFICIAL)
SHEILA T. ARNUM
CHIEF, FIREARMS SECTION

/S/ Gentry Shelnut
SIGNATURE (APPROVING OFFICIAL)
GENTRY SHELNUT
CHIEF, CRIMINAL DIVISION

<u>CERTIFICATE OF SERVICE</u>

     This is to certify that I have this day served upon the person

listed below a copy of the foregoing document by telefax:


Richard Grossman
P.O. Box 888635
Atlanta, GA 30356



     This <u>12</u><sup>th</sup> day of June, 2006.




                          <u>/S/ Angela M. Jordan</u>
                          ANGELA M. JORDAN
                          ASSISTANT UNITED STATES ATTORNEY