MINUTE SHEET - CRIMINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

(XX)   IN OPEN COURT        ( )  IN CHAMBERS       DATE: **MON 6/12/06**   TIME:2:06

**HONORABLE JULIE E. CARNES**           Court Reporter: DAVID RITCHIE

Deputy Clerk:   **NONE**                Deputy U.S. Marshal: VANN GRADY/CSO
                                                             A. FRANKLIN

------------------------------------------------------------------------

**U.S.A.**                              Counsel:  FRANCY HAKES

**vs.**                                 Case No.:    **1:05-CR-187-01-JEC**

**GRADY DOUGLAS**                       Counsel:  RICHARD GROSSMAN

ARRAIGNMENT - SENTENCE - PROBATION REVOCATION

___   Deft. not appearing - Court directed bench warrant to issue
___   Arraignment held; Deft. informed of rights
___   Motion to change plea & order allowing same
___   Deft. enters plea of guilty to count(s) _____
___   Deft. enters plea of nolo to count(s) _____
___   Probation revocation hearing held
___   Deft. admits allegations set forth in petition to revoke
___   Deft. denies allegations set forth in petition to revoke
___   Court finds deft. has violated probation
___   Court finds deft. has not violated probation
___   Deft. continued on probation
___   Judgment   ( ) reinstating    ( ) modifying   ( ) revoking probation
___   Sentencing set for _____
___   Notice of Sentence to __Deft. __Cnsl. __USA __USM __USPO __Surety
___   Govt. motion to dismiss counts & order re: counts _____


TRIALS - JURY AND NON-JURY

___   Waiver of jury trial
___   Govt. voir dire
___   Deft. voir dire
___   Govt. request to charge
___   Deft. request to charge
___   Jury impaneled and sworn
___   Waiver of alternate jurors

**TIME IN COURT:** _____ hour(s)   **24** minutes

Cause came on for ( ) Jury ( ) Non-Jury trial on merits. Came the United States as shown above. Came the defendant(s) in person and by counsel as shown above. ( ) Whereupon the Court ordered that a jury be impaneled to try said issue, and after the Court had qualified the jurors for cause, and after counsel had exercised all peremptory challenges, the jurors selected to try said issue came and were sworn, to wit:

(1)                  (5)                  (9)

(2)                  (6)                  (10)

(3)                  (7)                  (11)

(4)                  (8)                  (12)

Alternate Jurors:  (1)                        (2)

          (3)                        (4)

The Rule of Sequestration   ( ) was   ( ) was not        invoked.
( )    Jury          ( )    Non-Jury        Trial held
( )    Jury          ( )    Non-Jury        Trial continued to
_____


HEARINGS/EVIDENCE/SENTENCE: Lisa Moore, USPO also present.  CBOP FIFTY-SEVEN (57) MONTHS. FIVE (5) YRS S.R.  PAY A S.A. OF $100 TO THE US. SEE J&C FOR DETAILS.  Court orally **granted** the Government's Motion for Downward Departure.
Court recommends to BOP that the defendant be housed/designated to a medical facility to receive treatment for pain and injuries and that the defendant participate in the Intensive Drug treatment Program during the period of incarceration. Appeal rights given. Defendant remanded to the custody of the USM Service.



( )    Jury          ( )    Non-Jury      Trial ends

JURY VERDICT / COURT JUDGMENT:


( )        Mistrial declared as to Counts _____
( )        New trial ordered
( )        Notice of Appeal    ( )  Bond to stand as bond on appeal
( )        Appeal Bond: $_____
( )        Jury polled

Court adjourned at **2:30**
(**XX**)      until further order
( )        jurors excused until the above time under the usual caution of

the Court
( )     jurors excused for the term
( )     jurors excused and directed to return to the jury assembly room

Exhibits returned to counsel for ( ) Government    ( ) Defendant(s) ( ) Court Reporter
( ) Exhibits retained by the Court.