FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 19 2009

JAMES N. HATTEN, Clerk

U. S. A. vs. Grady Douglas          Docket No. 1:05-CR-187-JEG

## AMENDED PETITION AND ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Bruce E. Murphy PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Grady Douglas who was placed on supervision for the offense of Possession with Intent to Distribute a Detectable Amount of Heroin, by the Julie E. Carnes, sitting in the court at Atlanta, on the 12th day of June 2006, who fixed the period of supervision at 60 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall pay a special assessment in the amount of $100.00 (paid).

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other explosive device.

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

51

The defendant shall participate in a mental health treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the United States Probation Officer.

The defendant shall make a full and complete disclosure of finances and submit to an audit of financial documents at the request of the U.S. Probation Officer.

The defendant shall cooperate in the collection of DNA (completed).

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer and unless the defendant is in compliance with the installment payment schedule.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

   (If short insert here; if lengthy write on separate sheet and attach)

1. **Possession/Use of Drug:** On November 15, 2008, Mr. Douglas submitted a urine specimen which later returned as positive for cocaine use. He signed and Admission of Drug Use form.

2. **Failure to Participate in Drug/ Alcohol Aftercare:** Mr. Douglas failed to attend outpatient group substance abuse counseling at Atlanta Psychological Associates on December 16, 23, 30, 2008. He was terminated from the program due to excessive absenteeism. Mr. Douglas has failed to submit verification of NA/AA self-help meeting attendance since December 10, 2008. The form is due on each Wednesday. On December 15, 29, 27, 2008, January 8, 17, 20, 2009, Mr. Douglas failed to submit urine specimens via the random drug testing system.

3. **Failure to Follow Instructions/Report:** On November 19, 2008, Mr. Douglas was instructed to report on each Wednesday. He has not reported since 12/10/2008. On December 17, 2008, a letter instructing Mr. Douglas to report on Monday, December 22, 2008, at 3:00 p.m. went without a response. On December 29, 2008, a letter instructing Mr. Douglas to report on Tuesday, December 30, 2008, was hand-delivered to his residence. The letter went without a response.

4.  **Failure to Submit Monthly Supervision Report**: Mr. Douglas failed to submit his written monthly supervision report for the months of December 2008 and January 2009. The reports are due by the 5th of each month.

PRAYING THAT THE COURT WILL ORDER: a warrant issued for said Grady Douglas and that Grady Douglas be brought back before the Court at Atlanta, Georgia, to show cause why supervised release heretofore entered should not be revoked.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this __17__ day of __July__, __2009__ and ordered filed **UNDER SEAL** and made a part of the records in the above case. | _____<br>Bruce E. Murphy<br>U. S. Probation Officer<br><br>Place: Atlanta, Georgia<br><br>Date: June 12, 2009 |
| _____<br>Honorable Julie E. Carnes<br>Chief U. S. District Court Judge | _____<br>Leigh A. Knight<br>Supv U. S. Probation Officer |