FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 23 2009

JAMES N. HATTEN, Clerk
Deputy Clerk

U. S. A. vs. Grady Douglas              Docket No. 1:05-CR-187-JEC

~~FILED UNDER SEAL~~

## PETITION AND ORDER TO SHOW CAUSE
## WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Bruce E. Murphy PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Grady Douglas who was placed on supervision for the offense of Possession with Intent to Distribute a Detectable Amount of Heroin, by the Julie E. Carnes, sitting in the court at Atlanta, on the 12th day of June 2006, who fixed the period of supervision at 60 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall pay a special assessment in the amount of $100.00 (paid).

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other explosive device.

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall participate in a mental health treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the United States Probation Officer.

The defendant shall make a full and complete disclosure of finances and submit to an audit of financial documents at the request of the U.S. Probation Officer.

The defendant shall cooperate in the collection of DNA (completed).

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer and unless the defendant is in compliance with the installment payment schedule.

On August 14, 2009, Mr Douglas appeared before the Court and his supervised release was revoked. He received a 3-month custodial sentence followed by a 1-year term of supervised release. The original conditions and special conditions were reimposed. As a special condition, Your Honor ordered Mr. Douglas to reside with his sister, Jacqueline Douglas, in Henry County, Georgia upon release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

1. **Possession/Use of Drug:** On September 21, 2009, and September 28, 2009, Mr. Douglas submitted urine specimens which later returned as positive for cocaine use.

2. **Failure to Participate in Drug/ Alcohol Aftercare:** Mr. Douglas failed to attend outpatient individual substance abuse counseling at Atlanta Psychological Associates on October 19, 2009, and November 2, 2009. Mr. Douglas failed to submit verification of NA/AA self-help meeting attendance. The form is due on each Monday. On October 17, 2009, October 19, 2009, and October 28, 2009, Mr.

3.  **Failure to Follow Instructions/Report:** On September 28, 2009, Mr. Douglas was instructed to report on each Monday. He has not reported since October 5, 2009.

4.  **Violation of Law:** On October 24, 2009, Mr. Douglas committed the offense of Pedestrian Unlawfully in Roadway in Columbia, South Carolina.

5.  **The defendant shall notify the probation officer within 72 hours of arrest:** On October 24, 2009, Mr. Douglas committed the offense of Pedestrian Unlawfully in Roadway in Columbia, South Carolina. He failed to notify the probation officer of the arrest.

6.  **The defendant shall not leave the judicial district without the permission of the Court or probation officer:** On or about October 24, 2009, Mr. Douglas traveled outside of the Northern District of Georgia without permission. This is evidenced by his arrest and subsequent conviction for Pedestrian Unlawfully in Roadway in Columbia, South Carolina.

PRAYING THAT THE COURT WILL ORDER: a warrant issued for said Grady Douglas and that Grady Douglas be brought back before

ORDER OF COURT

Considered and ordered this
19 day of November, 2009
and ordered filed **UNDER SEAL**
and made a part of the
records in the above case.

_____
Honorable Julie E. Carnes
Chief U. S. District Court
Judge

Respectfully,

_____
Bruce E. Murphy
U. S. Probation Officer

Place:   Atlanta, Georgia

Date: November 3, 2009
_____
Leigh A. Knight

Supv U. S. Probation Officer