# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cr-00187-JEC-CCH
## USA v. Douglas
## Honorable Julie E. Carnes

Minute Sheet for proceedings held In Open Court on 01/13/2010.

| | |
|---|---|
| TIME COURT COMMENCED: 3:05 P.M. | COURT REPORTER: David Ritchie |
| TIME COURT CONCLUDED: 3:20 P.M. | CSO/DUSM: DUSM Sirmans |
| TIME IN COURT: 00:15 | USPO: Bruce Murphy |
| | DEPUTY CLERK: Dee-dee McGoldrick |

| | |
|---|---|
| DEFENDANT(S): | [1]Grady Douglas Present at proceedings |
| ATTORNEY(S) PRESENT: | Judy Fleming representing Grady Douglas<br>Michael Herskowitz representing USA |
| PROCEEDING CATEGORY: | Revocation of Supervised Release Hearing(Supervised Release Hearing Non-evidentiary); |
| REVOCATION HEARING INFO. | Defendant ADMITTED allegations.<br>Court found that defendant DID violate conditions of Probation/Supervised Release.<br>Probation/Supervised Release was REVOKED. |
| MINUTE TEXT: | Defendant admitted allegations. Amaya Peters spoke on behalf of defendant. Defendant addressed the Court. Defendant sentenced to CBOP 9 months with no supervised release to follow. No objections and appeal rights given. Defendant remanded to the custody of USMS. |
| HEARING STATUS: | Hearing Concluded |